UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 1:21-mj-1034 |
| | ) | |
| MARK ANDREW MAZZA, | ) | - 01 |
| Defendant. | ) | |

**COURTROOM MINUTE FOR NOVEMBER 18, 2021**
**HONORABLE MARIO GARCIA, MAGISTRATE JUDGE**

Parties appear for a Rule 5(c)(3) hearing on the Complaint filed on November 12, 2021 out of the District of Columbia (1:21-mj-655). Defendant appeared in person and by FCD counsel Sam Ansell. Government represented by AUSA Kyle Sawa. USPO represented by Alison Upchurch.

Financial affidavit approved. Counsel appointed.

Charges and rights were read and explained.

Defendant waived his right to an identity hearing.

Government moved for the defendant to remain in custody pending transport to the District of Columbia. Defendant consented to detention pending transport and request that the detention hearing and any other hearings he is entitled to be held in the charging district.

Defendant remanded to the custody of the US Marshals pending removal to the District of Columbia.

Date: 11/18/2021

_Mario Garcia_
Mario Garcia
United States Magistrate Judge
Southern District of Indiana